IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PHYLLIS BOEN                                                                    PLAINTIFF

      v.                CIVIL No. 3:12-cv-03124-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                  DEFENDANT

## ORDER ON MOTION TO DISMISS

On September 19, 2012, Plaintiff, Phyllis Boen, brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration ("Commissioner"). ECF No. 1. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff moves to voluntarily dismiss her case. ECF. No. 8. The undersigned finds good reason to grant Plaintiff's motion. Thus, Plaintiff's case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of March 2013.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE