IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PHYLLIS BOEN                                                                                    PLAINTIFF

     v.          CIVIL No. 3:12-cv-03124-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

## JUDGMENT

For reasons stated in an order of this date, the undersigned dismisses Plaintiff's case without prejudice.

IT IS SO ORDERED this 7th day of March 2013.

          /s/ *J. Marschewski*
          HONORABLE JAMES R. MARSCHEWSKI
          CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)